# Exhibit C

# BarkleyREI

* Every Idea Has an Expiration Date

## BarkleyREI Honored with Several Webby Awards

**Release Date:** May 05, 2009

**Pittsburgh, PA** – Three websites produced by Pittsburgh-based interactive agency, BarkleyREI have been honored at the 13th Annual Webby Awards. The NewPA.com website was selected as an Official Honoree in the Government category and VisitPA.com and VisitKC.com are Official Honorees in the Tourism category.

The NewPA site (http://newpa.com/index.aspx) was redesigned in 2008 for the Pennsylvania Department of Community and Economic Development. It represents a new direction for state commerce sites, offering a stylish, user-friendly design echoing the style and function found on progressive consumer sites.

Pennsylvania's official tourism site, VisitPa.com (www.visitpa.com), offers a homepage Flash animation, cutting-edge mapping, user-generated content and social media to allow visitors to experience all the state has to offer from a unique perspective. The site also provides users dynamic content updates and a geo-coded attractions database, among many other features.

The VisitKC.com (www.visitkc.com) is the official site of the Kansas City Convention and Visitors Association. Also designed in 2008, it offers a parallax Flash feature that delivers 3-D-like quality to the home page while creatively showcasing top attractions in Kansas City. Users can also map attractions by proximity using a Google mash-up map; build a trip itinerary using the Trip Planner tool, and even submit their opinion on local attractions and restaurants via the custom ratings and reviews system, which allows users to write reviews, rate, and upload photos of their visit to the site.

"These are cutting-edge sites," said Shane Pyral, Managing Director of BarkleyREI. "They represent a new breed of destination marketing website design."

The Webby Awards is the leading international award honoring excellence on the internet. Established in 1996 during the Web's infancy, the Webbys are presented by The International Academy of Digital Arts and Sciences, a 550-member body of leading Web experts, business figures, luminaries, visionaries and creative celebrities.

*About BarkleyREI*
*Founded in 1997, BarkleyREI (www.barkleyrei.com) is a national digital marketing agency ranked among the nation's Top 25 Independent Interactive Firms by Advertising Age. Based in Pittsburgh, BarkleyREI offers a full range of services, including strategic communications planning, website design, email marketing, online and search marketing, user experience testing, content management solutions, and web application development for a prestigious client roster in the higher education, cultural and non-profit, consumer and lifestyle, and travel and tourism industries. For more information, or to view a client list and portfolio of work, please visit www.barkleyrei.com.*

*###*

**Back to Previous Page**

2840 Liberty Ave, suite 100, Pittsburgh, PA 15222   Phone 412.683.3700   Fax 412.683.1610